IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                              CASE NO. 4:14-CR-00190-BSM

DARRELL WAITS                                               DEFENDANT

## ORDER

Darrell Waits's motion for compassionate release [Doc. No. 65] is denied because he has failed to show that he should receive compassionate release and because he is a danger to society. *See, e.g.*, *United States v. Ram*, 2020 WL 3100837, at *2–3 (E.D. Ark. June 11, 2020).

Waits pled guilty to being a felon in possession of a firearm and was sentenced to 180 months imprisonment. Doc. No. 47. Waits moves for compassionate early release, pursuant to 18 U.S.C. § 3582(c)(1)(A), which requires consideration of the sentencing factors enumerated by 18 U.S.C. § 3553.

Waits argues that he has medical conditions that are "extraordinary and compelling" and warrant compassionate early release because those conditions increase his likelihood of death or severe illness from COVID-19 if he contracts the virus. Mot. Reduced Sentence at 3, Doc. No. 65. Waits suffers from Type 2 diabetes and hypertension, and his immune system is compromised due to internal injuries suffered as a youth. *Id.* He further argues that the Federal Bureau of Prisons has been unable to contain the spread of COVID at FCI Forrest City, where he is incarcerated. *Id.* at 3–4. Waits contends that he does not pose a

threat to society.  *Id.* at 4.

The government objects to the motion because Waits has failed to show that he is a proper candidate for compassionate release and because he is a danger to society.  Resp. Mot. Release at 9–11, Doc. No. 70.  In support of its objection, the government points to Waits's medical history and his criminal history, which includes two domestic battery convictions and a breaking and entering conviction.  *Id.*

IT IS SO ORDERED this 16th day of September, 2020.


_____
UNITED STATES DISTRICT JUDGE